# United States Bankruptcy Court
## Southern District of Florida

In re  **Jordan Fabian**                                                                 Case No. _____
                                         Debtor(s)                              Chapter    **7**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■     Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐     Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐     Copies of all payment advices **are not** attached because the debtor:
       ☐   receives disability payments
       ☐   is unemployed and does not receive unemployment compensation
       ☐   receives Social Security payments
       ☐   receives a pension
       ☐   does not work outside the home
       ☐   is self employed and does not receive payment advices

☐     None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
      Explain: _____

**Joint Debtor (if applicable):**

☐     Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐     Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐     Copies of payment advices **are not** attached because the joint debtor:
       ☐   receives disability payments
       ☐   is unemployed and does not receive unemployment compensation
       ☐   receives Social Security payments
       ☐   receives a pension
       ☐   does not work outside the home
       ☐   is self employed and does not receive payment advices

☐     None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
      Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

| | |
|---|---|
| **/s/ Jordan Fabian** | Date: **December 29, 2015** |
| **Jordan Fabian** | |
| Signature of Attorney or Debtor | |

62248

**Employee**
Jordan Fabian, 20765 NW 9 Ct. # 201, Miami, FL 33169

**SSN** ***-**-7128
**Status (Fed/State):** Single/(none)
**Pay Period:** 11/01/2015 - 11/07/2015
**Allowances/Extra:** Fed-0/0/FL-0/0
**Pay Date:** 11/13/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly Rate - 5443 | 40.00 | 10.00 | 400.00 | 6,080.00 |
| Overtime Hrly rate - 5443 |  |  | 0.00 | 1,305.00 |
|  | 40.00 |  | 400.00 | 7,385.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -45.00 | -869.00 |
| Social Security | -24.80 | -457.07 |
| Medicare Employee | -5.80 | -107.08 |
|  | -75.60 | -1,433.95 |

Net Pay    324.40    5,951.05

EDGEWATER CONSTRUCTION GROUP,INC -- EIN: 65-0897462

---

EDGEWATER CONST GROUP INC

053657

**Employee**
Jordan Fabian, 20765 NW 9 Ct. # 201, Miami, FL 33169

**SSN** ***-**-7128
**Status (Fed/State):** Single/(none)
**Pay Period:** 11/22/2015 - 11/28/2015
**Allowances/Extra:** Fed-0/0/FL-0/0
**Pay Date:** 12/04/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly Rate - 5443 | 32.00 | 10.00 | 320.00 | 7,200.00 |
| Holiday Pay - Reg Hrly | 8.00 | 10.00 | 80.00 | 80.00 |
| Overtime Hrly rate - 5443 |  |  | 0.00 | 1,500.00 |
|  | 40.00 |  | 400.00 | 8,780.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -45.00 | -1,033.00 |
| Social Security | -24.80 | -544.36 |
| Medicare Employee | -5.80 | -127.31 |
|  | -75.60 | -1,704.67 |

Net Pay    324.40    7,075.33

EDGEWATER CONSTRUCTION GROUP,INC -- EIN: 65-0897462

052707

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Jordan Fabian, 20765 NW 9 Ct. # 201, Miami, FL 33169 | | | | | ***-**-7129 | Single/(none) | Fed-0/0/FL-0/0 |
| | | | | | Pay Period: 07/19/2015 - 07/25/2015 | | Pay Date: 07/31/2015 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly Rate - 5443 | 16.00 | 10.00 | 160.00 | 160.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -12.00 | -12.00 |
| Social Security | -9.92 | -9.92 |
| Medicare Employee | -2.32 | -2.32 |
| | -24.24 | -24.24 |

| Net Pay | 135.76 | 135.76 |
|---|---|---|

EDGEWATER CONSTRUCTION GROUP,INC -- EIN: 65-0897462

Edgewater Const Group, Inc. 07-14/6962 SW 47th St

052945

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Jordan Fabian, 20765 NW 9 Ct. # 201, Miami, FL 33169 | | | | | ***-**-7129 | Single/(none) | Fed-0/0/FL-0/0 |
| | | | | | Pay Period: 08/23/2015 - 08/29/2015 | | Pay Date: 09/04/2015 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly Rate - 5443 | 32.00 | 10.00 | 320.00 | 2,080.00 |
| Overtime Hrly rate - 5443 | | | 0.00 | 465.00 |
| | 32.00 | | 320.00 | 2,545.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -33.00 | -294.00 |
| Social Security | -19.84 | -157.79 |
| Medicare Employee | -4.64 | -36.90 |
| | -57.48 | -488.69 |

| Net Pay | 262.52 | 2,056.31 |
|---|---|---|

EDGEWATER CONSTRUCTION GROUP,INC -- EIN: 65-0897462

EDGEWATER CONST GROUP, INC

053347

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Jordan Fabian, 20765 NW 9 Ct. # 201, Miami, FL 33169 | | | | | ***-**-7129 | Single/(none) | Fed-0/0/FL-0/0 |
| | | | | | Pay Period: 10/18/2015 - 10/24/2015 | | Pay Date: 10/30/2015 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly Rate - 5443 | 40.00 | 10.00 | 400.00 | 5,280.00 |
| Overtime Hrly rate - 5443 | 8.00 | 15.00 | 120.00 | 1,290.00 |
| | 48.00 | | 520.00 | 6,570.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -63.00 | -777.00 |
| Social Security | -32.24 | -407.34 |
| Medicare Employee | -7.54 | -95.27 |
| | -102.78 | -1,279.61 |

| Net Pay | 417.22 | 5,290.39 |
|---|---|---|

EDGEWATER CONSTRUCTION GROUP,INC -- EIN: 65-0897462

053292

**Employee**
Jordan Fabian, 20765 NW 9 Ct. # 201, Miami, FL 33169

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly Rate - 5443 | 40.00 | 10.00 | 400.00 | 4,080.00 |
| Overtime Hrly rate - 5443 | 16.00 | 15.00 | 240.00 | 1,170.00 |
| | 56.00 | | 640.00 | 6,050.00 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Medicare Employee Addl Tax | | 0.00 | |
| Federal Withholding | | -81.00 | -714.00 |
| Social Security | | -39.68 | -375.10 |
| Medicare Employee | | -9.28 | -87.73 |
| | | -129.96 | -1,176.83 |

Net Pay   510.04   4,873.17

SSN ***-**-7129   Status (Fed/State) Single/(none)   Allowances/Extra Fed-0/0/FL-0/0
Pay Period: 10/11/2015 - 10/17/2015   Pay Date: 10/23/2015

---

EDGEWATER CONSTRUCTION GROUP,INC    EIN: 65-0897462

EDGEWATER CONST GROUP, INC

053237

**Employee**
Jordan Fabian, 20765 NW 9 Ct. # 201, Miami, FL 33169

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly Rate - 5443 | 40.00 | 10.00 | 400.00 | 4,480.00 |
| Overtime Hrly rate - 5443 | 8.00 | 15.00 | 120.00 | 930.00 |
| | 48.00 | | 520.00 | 5,410.00 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Medicare Employee Addl Tax | | 0.00 | |
| Federal Withholding | | -63.00 | -633.00 |
| Social Security | | -32.24 | -335.42 |
| Medicare Employee | | -7.54 | -78.45 |
| | | -102.78 | -1,046.87 |

Net Pay   417.22   4,363.13

SSN ***-**-7129   Status (Fed/State) Single/(none)   Allowances/Extra Fed-0/0/FL-0/0
Pay Period: 10/04/2015 - 10/10/2015   Pay Date: 10/16/2015

---

EDGEWATER CONSTRUCTION GROUP,INC — EIN: 65-0897462

EDGEWATER CONST GROUP, INC

053419

**Employee**
Jordan Fabian, 20765 NW 9 Ct. # 201, Miami, FL 33169

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly Rate - 5443 | 40.00 | 10.00 | 400.00 | 5,580.00 |
| Overtime Hrly rate - 5443 | 1.00 | 15.00 | 15.00 | 1,305.00 |
| | 41.00 | | 415.00 | 6,885.00 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Medicare Employee Addl Tax | | 0.00 | |
| Federal Withholding | | -47.00 | -824.00 |
| Social Security | | -25.73 | -433.07 |
| Medicare Employee | | -6.01 | -101.29 |
| | | -78.74 | -1,358.35 |

Net Pay   336.26   5,526.65

SSN ***-**-7129   Status (Fed/State) Single/(none)   Allowances/Extra Fed-0/0/FL-0/0
Pay Period: 10/25/2015 - 10/31/2015   Pay Date: 11/06/2015

EDGEWATER CONSTRUCTION GROUP,INC — EIN: 65-0897462

## Payroll Transactions by Payee
### August through October 2015

**Fabian, Jordan**

| Date | Name | Num | Type | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 08/07/2015 | Fabian, Jordan | 52772 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -417.22 |
| 08/14/2015 | Fabian, Jordan | 52823 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -394.51 |
| 08/21/2015 | Fabian, Jordan | 52865 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -417.22 |
| 08/28/2015 | Fabian, Jordan | 52907 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -429.08 |
| 09/04/2015 | Fabian, Jordan | 52945 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -262.52 |
| 09/11/2015 | Fabian, Jordan | 53006 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -417.22 |
| 09/18/2015 | Fabian, Jordan | 53048 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -324.40 |
| 09/25/2015 | Fabian, Jordan | 53092 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -417.22 |
| 10/02/2015 | Fabian, Jordan | 53142 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -324.40 |
| 10/09/2015 | Fabian, Jordan | 53183 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -406.36 |
| 10/16/2015 | Fabian, Jordan | 53237 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -417.22 |
| 10/23/2015 | Fabian, Jordan | 53292 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -510.04 |
| 10/30/2015 | Fabian, Jordan | 53347 | Paycheck | | 1021 · Edgewater-Stucco -US Century | -417.22 |

**Total Fabian, Jordan** -5,154.63

053731

**Employee**
Jordan Fabian, 20765 NW 9 Ct. # 201, Miami, FL 33169

**SSN** ***-**-7129  **Status (Fed/State)** Single/(none)  
Pay Period: 11/29/2015 - 12/05/2015

**Allowances/Extra** Fed-0/0/FL-0/0  
Pay Date: 12/11/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly Rate - 5443 | 32.00 | 10.00 | 320.00 | 7,520.00 |
| Overtime Hrly rate - 5443 | | | 0.00 | 1,500.00 |
| Holiday Pay - Reg Hrly | | | 0.00 | 80.00 |
| | 32.00 | | 320.00 | 9,100.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -33.00 | -1,069.00 |
| Social Security | -19.84 | -564.20 |
| Medicare Employee | -4.64 | -131.95 |
| | -57.48 | -1,762.15 |

Net Pay    262.52    7,337.85

---

EDGEWATER CONSTRUCTION GROUP, INC -- EIN: 65-0897462  
EDGEWATER CONST GROUP, INC

053092

**Employee**
Jordan Fabian, 20765 NW 9 Ct. # 201, Miami, FL 33169

**SSN** ***-**-7129  **Status (Fed/State)** Single/(none)  
Pay Period: 09/13/2015 - 09/19/2015

**Allowances/Extra** Fed-0/0/FL-0/0  
Pay Date: 09/25/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly Rate - 5443 | 40.00 | 10.00 | 400.00 | 3,280.00 |
| Overtime Hrly rate - 5443 | 8.00 | 15.00 | 120.00 | 705.00 |
| | 48.00 | | 520.00 | 3,985.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -63.00 | -465.00 |
| Social Security | -32.24 | -247.07 |
| Medicare Employee | -7.54 | -57.78 |
| | -102.78 | -769.85 |

Net Pay    417.22    3,215.15

---

EDGEWATER CONSTRUCTION GROUP, INC -- EIN: 65-0897462  
Edgewater Const Group, Inc. 07-14/6962 SW 47th St

052907

**Employee**
Jordan Fabian, 20765 NW 9 Ct. # 201, Miami, FL 33169

**SSN** ***-**-7129  **Status (Fed/State)** Single/(none)  
Pay Period: 08/16/2015 - 08/22/2015

**Allowances/Extra** Fed-0/0/FL-0/0  
Pay Date: 08/28/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly Rate - 5443 | 40.00 | 10.00 | 400.00 | 1,760.00 |
| Overtime Hrly rate - 5443 | 9.00 | 15.00 | 135.00 | 465.00 |
| | 49.00 | | 535.00 | 2,225.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -65.00 | -261.00 |
| Social Security | -33.17 | -137.95 |
| Medicare Employee | -7.75 | -32.26 |
| | -105.92 | -431.21 |

Net Pay    429.08    1,793.79

---

EDGEWATER CONSTRUCTION GROUP, INC -- EIN: 65-0897462