CGFI4 (12/1/15)



**ORDERED in the Southern District of Florida on December 30, 2015**

_____
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15–32195–AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jordan Fabian
20765 NW 9th Court, #201
Miami, Fl 33169

SSN: xxx–xx–7129

## ORDER ALLOWING INSTALLMENT PAYMENTS

    The Application for Individuals to Pay the Filing Fee in Installments has been reviewed by the clerk in accordance with Local Rule 1006–1(A). The debtor remitted at least one half the filing fee at the time of filing the petition. **ACCORDINGLY,**

    **IT IS ORDERED** that the debtor shall pay the balance of the filing fee $ **167.50** on or before **February 29, 2016**. Payment must be in cash, money order, cashier's or "official" check payable to "Clerk, United States Court", and delivered to: US Bankruptcy Court, 301 North Miami Avenue, Room 150, Miami, FL 33128.

    **IT IS FURTHER ORDERED** that until this filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. Absent further order of court, until this filing fee is paid in full, the debtor in a chapter 7 case will not receive a discharge and the debtor's plan in a chapter 13 case will be confirmed only on the condition that the chapter 13 plan provide for this filing fee to be paid in full immediately upon confirmation.

    **IT IS FURTHER ORDERED** that failure of the debtor to pay any filing fee installment by the due date will result in entry of a dismissal order without further notice.

                                                           # # #

The clerk shall serve a copy of this order on the Debtor, Trustee, and if applicable, Attorney for Debtor.