**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Jordan Fabian,                          Case No. 15-32195-AJC
                                                                 Chapter 7

     DEBTOR.

_____/

**NOTICE OF UNAVAILABILITY**

       **PLEASE TAKE NOTICE** that the undersigned counsel on behalf of Jordan Fabian will be unavailable for any court proceedings, motions, pleadings, hearings, depositions, discovery deadlines, and other proceeding requiring counsel's attendance or response in the above referenced matter from February 5, 2016 through February 18, 2016. The undersigned certifies that this Notice is submitted in good faith and not for purposes of delay.

                                      Respectfully submitted,

               By:      */s/ Daniel Rowinsky Quintian*
                         LEGAL SERVICES OF GREATER MIAMI, INC.
                         Daniel Rowinsky Quintian, Esq.
                         Florida Bar No.: 105525
                         3000 Biscayne Boulevard, Suite 500
                         Miami, Florida 33137
                         Telephone: (304) 438-2419
                         Facsimile: (305) 573-5800
                         E-mail: drowinsky@lsgmi.org
                         Secondary e-mail: sfreire@lsgmi.org

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing was sent to the following via the Court's CM/ECF electronic mail (e-mail) system on January 13, 2016, at the e-mail addresses listed below:

*Office of the United States Trustee* (USTPRegion21.MM.ECF@usdoj.gov)

*Jacqueline Calderin – Bankruptcy Trustee* (calderintrustee@gmail.com)

                By:    */s/ Daniel Rowinsky Quintian*
                            Daniel Rowinsky Quintian, Esq.
                            Florida Bar No.:  105525