## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Jordan Fabian                                Case No. **15-32195-AJC**

Chapter **7**

_____Debtor_____/

### DEBTOR'S *EX PARTE* MOTION TO AMEND VOLUNTARY PETITION TO ADD DEBTOR ALIAS

Debtor, by and through undersigned counsel, hereby files this Debtor's Motion to Amend Designation of Other Names Used by Debtor Listed on Petition, and as grounds therefor states as follows:

1. On December 29, 2015, Debtor filed a Voluntary Petition for Chapter 7 bankruptcy listing his name as Jordan Fabian.

2. Additionally, under the section of the Petition asking for "all other names used by the Debtor in the last 8 years", Debtor did not list any aliases.

3. On February 1, 2016, Debtor and undersigned counsel attended Debtor's §341 Meeting of Creditors.

4. At the Meeting of Creditors, the Chapter 7 Trustee noted that she found the Debtor listed in a credit report with the following alias: "Jordan Sabian". The Chapter 7 Trustee requested that this alias be added to the Petition.

5. Debtor now requests that this Court grant him leave to amend his Voluntary Petition to include the name of "Jordan Sabian" as an alias name of the Debtor.

6. Undersigned counsel does not believe that any party will be prejudiced by allowing the Debtor to add an additional alias name to the Petition.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

BY:  __/s/_____
Daniel Rowinsky Quintian, Esq.
Fla. Bar No.: 105525
Attorney for Debtor
3000 Biscayne Blvd, Ste. 500
Miami, FL 33137
Telephone: (305) 438-2419