UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Jordan Fabian                                   Case No.: **15-32195-AJC**
                                                          Chapter **7**

_____Debtor_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2016, a true and correct copy of the **Debtor's Ex Parte Motion to Amend Voluntary Petition to Add Debtor Alias** was sent via the Court's CM/ECF electronic mail (e-mail) system to:

   *Office of the United States Trustee* (USTPRegion21.MM.ECF@usdoj.gov)
   *Jacqueline Calderin – Bankruptcy Trustee* (calderintrustee@gmail.com)

**and mailed to:**

   **Mercury Insurance Company of Florida**
   1901 ULMERTON RD., SIXTH FLOOR
   Clearwater, FL 33762-2307

> I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).
>
> Respectfully submitted,
>
> LEGAL SERVICES OF GREATER MIAMI, INC.
>
> By:   /s/_____
>        Daniel Rowinsky Quintian, Esq.
>        Fla. Bar #: 105525
>        Attorney for Debtor
>        3000 Biscayne Boulevard, Suite 500
>        Miami, Florida 33137
>        Telephone: (305) 438-2419
>        Facsimile: (305) 573-5800
>        Primary email: drowinsky@legalservicesmiami.org
>        Secondary email: sfreire@legalservicesmiami.org